# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOIS RANDAZZO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01042-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated June 27, 2014, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **August 4, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 24th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge