# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LOIS RANDAZZO,

    Plaintiff,

vs.

RALPHS GROCERY COMPANY dba FOOD 4 LESS,

    Defendants.

Case No. 2:14-cv-01042-GMN-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Substitute Parties (#27), filed on April 7, 2015. No response was filed by the Defendants, and the time to do so has passed.

Plaintiff wishes to substitute husband Jerry Randazzo for the deceased Lois Randazzo. Plaintiff represents that Lois Randazzo passed away on January 30, 2015, and that her surviving husband is awaiting the approval of a Petition for Appointment of Special Administrator and For Issuance of Special Letters of Administration. The Plaintiff has sufficiently established good cause for the substitution. Plaintiff's Motion will be granted subject to the filing with this Court copies of the order appointing Jerry Randazzo as Special Administrator and the Letters of Special Administration, once the letters are obtained by Jeffrey Randazzo. Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Substitute Parties (#27) is **granted**.

**DATED** this 28th day of April, 2015.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge