# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOIS RANDAZZO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RALPHS GROCERY COMPANY dba FOOD 4 LESS, ) <br> ) <br> Defendants. ) | Case No. 2:14-cv-01042-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Notice of Appointment of Special Administrator and Letters of Special Administration (#29) filed June 24, 2015, appointing Jeffrey Randazzo as Special Administrator of the Estate of Lois Randazzo.  Accordingly,

**IT IS HEREBY ORDERED** that Jeffrey Randazzo, Special Administrator of the Estate of Lois Randazzo, is hereby substituted in as Plaintiff in place of Lois Randazzo, Deceased.

Dated this 1st day of March, 2016.

*Nunc pro tunc date:* June 24, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge