# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOIS RANDAZZO,<br><br>        Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS,<br><br>        Defendants. | Case No. 2:14-cv-01042-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the Notice of Settlement (#37) filed February 29, 2016, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **April 18, 2016** advising the Court of the status of the settlement.

DATED this 7th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge